IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE 78522.

United States District Court
Southern District of Texas
FILED

APR 25 2000

Michael N. Milby
Clerk of Court

Rory Bracken           *

                       *    CAUSE NO.
                            B-00-020
v                      *

Wayne Scott            *    S.S. Rory Bracken


MOTION FOR A HEARING FOR PETITIONER TO PRESENT EVIDENCE AND TESTIMONY ON HIS OWN BEHALF.

(1) Petitioner will ask the court to allow hearing pursuant to Rule 34 Oral Arguments. Federal Rules of Appellate Procedure.

(2) Petitioner will show the court by facts records that all the testimony at trial is/was conflicting testimony. The existance of these credibility issues support Petitioner motion to present oral arguments on his own behalf. Gaston vs Coughlin, 679 F Supp 270, 273 (WDNY 1983)

(3) The Petitioner will show the court by the facts records he was denied his right to trial by jury which is guaranteed by the Sixth Amendment to the United States Constitution

(4) The Petitioner will show the court by oral arguments and by the facts records that his/the entire proceedings as a whole

(4) WERE FUNDAMENTALLY UNFAIR. SEE PASSMORE VS ESTELLE 607 F.2d 662 (5TH CIR 1979)

(5) THE PETITIONER WILL SHOW THE COURT BY ORAL ARGUMENTS FACT AND RECORD HIS COUNSEL WAS TOTALLY INEFFECTIVE. SEE STRICKLAND VS WASHINGTON 104 SCT 2052, 466 US 668 (1984), BUTLER VS STATE 716 SW 2d 48 (TEX CRIM APP (1986))

(6) PETITIONER WILL ALSO SHOW THE COURT BY ORAL ARGUMENTS FACTS AND RECORDS THAT PETITIONERS ATTORNEY FILED A FRIVILIOUS APPEAL. SEE EVITTS VS LUCEY 105 S.CT 830 (1985)

THE PETITIONER PRAYS THE COURT WILL ENTER AN ORDER SCHEDULING A HEARING WHERE PETITIONER CAN PRESENT ORAL ARGUMENTS ALONG WITH FACTS AND RECORDS OF HIS CASE. SEE EX PARTE COMPOS 613 SW 2d 745; SCHAWANDER VS BLACKBURN 750 F 2d 494 TO ENSURE THAT THE RECORDS PRESENTED TO THE HONORABLE COURT ARE PROPERLY DEVELOPED SEE EX PARTE DUFFY 607 SW 2d 513 AND AT THE CONCLUSION OF SAID HEARING, ENTER FACTS FINDING AND CONCLUSION OF LAW, RECOMMENDING THE PETITIONERS CONVICTION BE REVERSED AND DISMISSED. PETITIONER REQUEST THE RELEIF THAT PETITIONER PRAYED FOR BE GRANTED

RESPECTFULLY SUBMITTED

RORY BRACKEN
#870465
L-2-34  8 BUILDING
12002 S FM 350
TERRELL UNIT
LIVINGSTON
TEXAS
77351

EXCUTED 4/22/2000

Rory Bracken
# 870465
L-2-34  8 Building
Terrell Unit
12002 S FM 350
Livingston
Texas
77351

Dear Sir or Madam,

Please find enclosed application for Writ of Habeas Corpus also a motion for oral hearing by appliciant. Please file this and bring it to attention of court. Also enclosed is a copy of the following documents:

Appliciants: Appellants Breif 23rd April 1999

Appliciants: Opinion on Appelant Breif 31st August 1999 AFFIRMED.

Appliciants: Petition For Discreationary Review REFUSED Nov 10th 1999

Appliciants: Petition For Habeas Corpus DENIED WITHOUT WRITTEN ORDER 3/1/2000

Your assistance in this matter is greatly appreciated

God Bless
Sincerly
Rory Bracken
4/22/2000