Rory Bracken
#870465
Gib Lewis High Security
P.O. Box 9000
Woodville Texas
75990
6/3/2000

United States District Court
Southern District of Texas
FILED
JUN 0 9 2000
Michael N. Milby
Clerk of Court

Dear Sir or Madam,

This is a letter to inform you that I have been moved to a new unit at above address. I recieved a copy of the order for the state of Texas to respond on 6/2/2000. I would appriciate if you would please let me know the dispostion on my motion for oral hearing. My case No is ~~Misc.~~ Misc. No B-00-020 Rory Bracken v Wayne Scott. I greatly appriciate your attention in this matter

God Bless
Rory Bracken