United States District Court
Southern District of Texas
FILED

JUL 1 9 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RORY BRACKEN, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. B-00-~~020~~ |
| | § | |
| WAYNE SCOTT, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, | § | |
| | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Wayne Scott, Director, Texas Department of Criminal Justice ("the Director"), by and through his attorney, the Attorney General of Texas, and files this **First Motion for Extension of Time with Brief in Support**. In support thereof, the Director would show the court the following:

This federal writ was served on the Director on May 24th.[1] Counsel for the Director was assigned and received the petition on June 1st. The state court records were ordered on June 5th and have been received. The Director's response is due on July 19th. This extension of time was placed in express mail on July 18th; therefore, this motion is timely filed.

The Director's counsel is unable to respond at this time to Bracken's allegations because of the Director's counsel's overwhelming docket in the federal district courts, a Fifth Circuit oral argument and the undersigned's illness and illness in the undersigned's family, as follows:

---

[1] Actually, the writ was received by the Office of the Attorney General for the State of Texas on May 24th.

1. My absence from the office all of April 27th and part of the 28th due to illness;

2. The filing[2] of a motion to dismiss in *Guidroz v. Johnson*, No. SA-00-CA-0066-OG, on May 2nd;

3. The filing of a motion to dismiss in *Hammons v. Johnson*, No. 3:00-CV-688-D, on May 3rd;

4. The filing of an answer in *Turner v. Johnson*, No. 3:00-CV-255-T, on May 5th;

5. The filing of a motion for summary judgment in *Graham v. Johnson*, No. 4:00-CV-0254-Y, on May 9th;

6. The filing of a supplemental motion to dismiss in *Cox v. Johnson*, No. 6:00CV16, on May 10th;

7. The filing of an amended motion for summary judgment in *Davis v. Johnson*, No. H-00-234, on May 12th;

8. The filing of a motion to dismiss in *Armon v. Johnson*, No. 3:00-CV-663-T, on May 12th;

9. The filing of a motion to dismiss in *Bradley v. Johnson*, No. EP-99-CA-331-DB, on May 19th;

10. The preparation of a motion for summary judgment from May 15th - May 19th for filing in *Hamilton v. Johnson*, No. 5:00-CV-115-C, which was filed on May 25th;

11. The preparation of a motion for summary judgment from May 22nd - May 24th, for filing in *Carter v. Johnson*, H-99-3839, which was filed on May 26th;

12. My absence from the office for Memorial Day on May 29th;

13. My absence from the office on May 30th - 31st, due to my wife's illness;

14. The filing of a answer in *Duffer v. Johnson*, No. EP-00–CA-95-H, on May 31st;

15. The filing of a motion to dismiss in *Gardner v. Johnson*, No. H-99-3269, on June 1st;

---

[2] "Filing" refers to the date that the document was placed in the mail.

2

16. My absence from the office the morning of June 2nd due to my wife's illness;

17. The filing of a motion to dismiss in *Witten v. Johnson*, No. L-00-41, on June 2nd;

18. The filing of a motion for summary judgment in *Evans v. Johnson*, No. 4:00-CV-0308-Y, on June 6th;

19. The filing of a motion to dismiss in *Brown v. Johnson*, No. H-00-1314, on June 8th;

20. The filing of a motion to dismiss in *Cole v. Johnson*, No. 1:00cv236, on June 9th;

21. My absence from the office on June 13th due to my daughter's illness;

22. The filing of an amended answer and motion for summary judgment in *Cervantes v. Johnson*, No. G-98-494, on June 15th;

23. The preparation of a Fifth Circuit brief from June 20th - 22nd for filing in *Wafer v. Johnson*, No. 99-11295, on or before July 3rd. The brief was filed on June 30th;

24. The filing of a motion for summary judgment in *Warner v. Johnson*, No. H-00-716, on June 28th;

25. The filing of a motion to dismiss in *Pearce v. Johnson,* No. G-00-075, on June 29th;

26. The filing of an advisory to the court in *Thorndyke v. Johnson*, No. 5:00cv126, on June 29th;

27. My absence from the office from July 3rd - 4th for Fourth of July Holiday;

28. The preparation of a 19-page motion for summary judgment from July 5th - July 7th for filing in *Casarez v. Johnson*, No. MO-00-CA-063;

29. Preparation for oral argument in *Montoya v. Johnson*, No. 99-50190, on July 7th, travel to New Orleans, LA, on July 10th and delivery of oral argument in front of the Fifth Circuit, on July 11th;

30. The filing of a supplemental motion for summary judgment in *McBride v. Johnson*, No. SA-99-CA-1246-HG, on July 12th;

31. The filing of motion for summary judgment in *Johnson v. Johnson,* No. H-00-972, on July 13th, and

32. The preparation of a motion for summary judgment from July 17th - 18th for filing in *Ludwig v. Johnson*, No. 4:00-CV-416-A, on or before July 24th.

Further, the Director's counsel has fifteen responsive pleadings due in various federal district courts on or before August 21st. This is the Director's first request for an extension of time in this cause. This request is not designed to harass Bracken or to delay this proceeding.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that the court grant an extension of thirty-eight days, up to and including August 26, 2000, within which to file an answer or other responsive pleading.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
For Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney-In-Charge

S. MICHAEL BOZARTH*
Assistant Attorney General
State Bar No. 02801400
Southern District ID No. 8360

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2034
Fax No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

4

## CERTIFICATE OF CONFERENCE

I, S. Michael Bozarth, Assistant Attorney General of Texas, do hereby certify that a conference is impossible with regard to this motion due to Bracken's incarceration in the Institutional Division of the Texas Department of Criminal Justice. Further, the Director refuses to speculate on Bracken's position on this request for an extension of time.

S. MICHAEL BOZARTH
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, S. Michael Bozarth, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Respondent's First Motion for Extension of Time with Brief in Support** has been served by placing same in the United States mail, postage prepaid, on this the 18th day of July, 2000, addressed to:

Rory Bracken
TDCJ-ID No. 870465
Lewis Unit
P. O. Box 9000
Woodville, TX   75990

S. MICHAEL BOZARTH
Assistant Attorney General

5