UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

RORY BRACKEN              *

    VS                    *    MISC. NO. B-00-020

WAYNE SCOTT               *

## O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **July 19, 2000**.

DONE at Brownsville, Texas, this 19th day of May 2000.

Felix Recio
United States Magistrate Judge