9

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 27 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RORY BRACKEN | * | |
| VS | * | CIVIL ACTION NO. B00-072 |
| GARY L. JOHNSON, DIRECTOR | * | |
| TEXAS DEPARTMENT OF CRIMINAL | * | |
| JUSTICE | * | |

## O R D E R

Petitioner's Motion, filed July 24, 2000, for Default Judgment on grounds that Respondent GARY L. JOHNSON has not responded is hereby **DENIED**. Respondent JOHNSON was granted an extension of time to August 24, 2000, to file responses.

Petitioner's request for an evidentiary hearing is hereby **DENIED**. Petitioner is granted leave to refile this request.

Petitioner's request for a determination of his petition prior to November 27, 2000, is duly noted by the Court and **taken under advisement**.

DONE at Brownsville, Texas, on this 26th day of July 2000.

Felix Recio
United States Magistrate Judge