*10*

United States District Court
Southern District of Texas
ENTERED

JUL 27 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RORY BRACKEN, § | |
| Petitioner, § | |
| § | 00-72 |
| v. § | Civil Action No. B-00-020 |
| § | |
| WAYNE SCOTT, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, § | |
| Respondent. § | |

**ORDER**

CAME ON this day for consideration Respondent's First Motion for Extension of Time, and the court, having considered said motion, is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent's time for filing an answer or responsive pleading should be, and hereby is, extended thirty-eight days, up to and including August 26, 2000.

SIGNED on this the 26th day of July, 2000.

_____
UNITED STATES MAGISTRATE JUDGE