IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE TEXAS

11

United States District Court
Southern District of Texas
FILED

AUG 0 1 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RORY BRACKEN | X |
| PETITIONER | X |
| | X |
| | X CIVIL ACTION |
| Vs | X |
| | X CAB-00-72 |
| | X MISC NO B-00-020 |
| GARY L JOHNSON DIRECTOR | X |
| TEXAS DEPARTMENT OF CRIMINAL | X |
| JUSTICE - INSTITUTIONAL DIVISION | X |
| | X |

PETITIONERS OBJECTION AGAINST JOHNSTON FIRST MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, RORY BRACKEN, PETITIONER, PRO SE ASKING THE COURT RULE ON HIS MOTION FOR PETITIONERS FIRST FED. R. CIV. P RULE 15 (a) AMMENDED PETITION, PETITIONERS FED. R. CIV. P RULE 55 MOTION FOR DEFAULT JUDGEMENT, FOR 28 USC § 2254 (e)(2) EVIDENTIARY HEARING, PROMPT DISPOSITION OF PETITION DUE TO POSSIBILITY OF DEPORTATION FED. R. CIV. P RULE 11 (b)(1) UNECESSARY DELAY, FED. R. CIV. P. RULE 72 (b) PROMPT PROCEEDINGS, FED. R. CIV. P RULE 59 (a)(2) NEW TRIAL.

I
TO THE EXTENT THAT PETITIONERS 28 USC. §§ 2241, 2254 PETITIONER FAILS TO CLAIM THAT HIS CLAIM OF

actual innocence, denial of jury trial and ineffective assistance of counsel were violation of the Fourteenth and Sixth Amendments to the original Constitution of the United States. Petitioner now with or without leave of court, states herein that such claims are violations as stated in this paragraph

## II

To the extent that Petitioner's 28 U.S.C. §§ 2241, 2254, petition fails to request this court to grant him any relief Petitioner now with or without leave of court moves this court to hear and dispose of the matter as <u>LAW</u> AND <u>JUSTICE</u> require granting him a new trial. By reversing and remanding his state court judgement of conviction and the sentence imposed

## III

Pursuant to Fed. R. Civ. P. Rule 55 this Petitioner moves the court for a judgement of default granting him the relief requested the Petitioner recieved a copy today July 21st 2000 for Respondents motion for extension of time with breif. Petitioner objects to this motion under Fed. R. Civ. P Rule 11(b)(1) "cause unnecessary delay" due to fact Respondents are aware of Petitioners possibility of being deported, under Fed. R. Civ. P. Rule 72(b) prompt proceedings, Petitioner asks the court grant this motion

## IV

In light of Williams v Taylor 120 S. Ct 1479 (2000) (the first of two cases) Petitioner moves the Court for an evidentiary hearing as he "failed through no fault of his own, to obtain same in courts of state.

## V

Finally, Petitioner respectfully also moves the Court to dispose of the case before Nov 2 2000, so that he can decide what to do if anything can be done, about any pending deportation proceedings against him from this country.

## Conclusion

Wherefore, Premises considered, Petitioner respectfully moves this Court to grant these motions and for such other and further relief as <u>Law</u> and <u>Justice</u> require. It is so prayed.

Signed on this day 21st July 2000

Respectfully Submitted
/s/ Rory Bracken

Rory Bracken
#870465