Rory Bracken
# 870465
South Pod Rm 219
Estelle Unit RMF
Huntsville
Texas 77340

August 10th 2000

United States District Court
Southern District of Texas
FILED
AUG 1 8 2000
Michael N. Milby
Clerk of Court

Micheal N Milby Clerk
United States District Court
Southern Division of Texas
Brownsville
600 East Harrison Street
Brownsville Texas 78520

United States District Court
Southern District of Texas
RECEIVED
AUG 1 8 2000
Michael N. Milby, Clerk of Court

Re: Rory Bracken v Wayne Scott
     No B-00-072

Dear Mr Milby,

This letter is to let the court know of the above change of address the petitioner is now at this facility. Thank you for your kind assistance in this matter as always

Respectfully Submitted

Rory Bracken