In The United States District Court,
For The Southern District of Texas
Brownsville Division

15

United States District Court
Southern District of Texas
FILED

DEC 06 2000

Michael N. Milby
Clerk of Court

X

Rory Bracken
Petitioner.                          X

Civil Action

Vs                                   X        C.A
                                              ~~MISC~~ — B - 00 - 072

Gary L Johnson                       X
Texas Department of Criminal
Justice — Institutional Division     X
         Respondent

                                     X

Petitioners motion Fed. R. Civ. Pro. 15 (A) Amended Petiti
Petitioners Fed. R. Civ. Pro. 62 (A) (B) (D) (G) stay of pro-
ceedings to enforce a judgement, for 28 U.S.C. §§ 2241,
2254 (e)(2) Evidentiary hearing, and prompt disposition of
Petition due to fact that Petitioner is faceing Dep-
ortation

                            I

To the extent that Petitioners 28 U.S.C § 2241, 2254 Petiton
fails to claim that his claims of Actual Innocence, Denia
of Trial By Jury, and Ineffective Assistance of Counse
were violations of the Fourteenth and Sixth Ammend
ments to the original Constitution of the United
States, Petitioner with or without Leave of Court stat
herein that such claims are violations as stated in
this paragraph.

                            II

To the extent that Petitioner's 28 U.S.C. §§ 2241, 2254
Petition fails to request this court to grant him
any relief Petitioner now with or without leave of
Court moves this court to hear and dispose of
the matter at ~~law~~ and justice require — grantin

HIM: A NEW TRIAL, BY REVERSING AND REMANDING HIS STATE COURT JUDGEMENT OF CONVICTION AND THE SENTENCE IMPOSED.

### III

PURSUANT TO FED. R. CIV. P. 62 (A)(B)(D)(G) PETITIONER MOVES THE COURT GRANT A STAY ON PROCEEDINGS BY IMMIGRATION AND NATURALIZATION SERVICE TO DEPORT PETITIONER WHILE HIS CONVICTION IS ON APPEAL TO GUARNTEE PETITIONER HIS RIGHT TO DUE PROCESS OF LAW UNDER THE 5th AND 14th AMMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA

### IV

IN LIGHT OF WILLIAMS V TAYLOR 120 S. CT 1479 (200 (THE FIRST OF TWO CASES) PETITIONER MOVES THIS COUR FOR AN EVIDENTIARY HEARING AS HE "FAILED" THROUGH N FAULT OF HIS OWN, TO OBTAIN SAME IN COURTS OF STATE.

### V

FINALLY, PETITIONER RESPECTFULLY ALSO MOVES THIS COURT TO DISPOSE OF THIS CASE AS SOON AS POSSIABLE

### CONCLUSION

WHEREFORE, PREMISES CONSIDERED, PETITIONER RESPECTFULL MOVES THIS COURT TO GRANT THESE MOTIONS AND FOR SUCH OTHER RELIEF AND FURTHER RELIEF AS LAW AND JUSTICE REQUIRE. IT IS SO PRAYED

SIGNED ON THIS DAY DEC 3RD 2000

RESPECTFULLY SUBMITTED

RORY BRACKEN

United States District Court
Southern District of Texas
RECEIVED

DEC 0 6 2000

Michael N. Milby, Clerk

RORY BRACKEN
M# 42 779 730
DORM 6-13
15850 EXPORT PLAZA DRIV
HOUSTON, TEXAS.
77032
DEC 3RD 2000

TO HONORABLE MICHEAL N MILBY CLERK,
UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION
600 EAST HARRISON STREET
BROWNSVILLE, TEXAS 78520.

RE: BRACKEN V JOHNS.
NO B-00-072
CIVIL ACTION

DEAR MR MILBY,

PLEASE FILE ENCLOSED MOTION WITH COURT, ALSO PLEASE NOTE ABOVE CHANGE OF ADDRESS FOR PETITIONER, IT IS MY UNDERSTANDING A LETTER WAS MAILED TO ME ON NOV 29th TO TDCJ AS I LEFT T.D.C.J ON NOV 27th TO ABOVE ADDRESS I WOULD APPRICIATE IF YOU COULD PLEASE SEND ME A COPY OF LETTER TO ABOVE ADDRESS AS SOON AS POSSIABLE. THANK YOU FOR YOUR ATTENTION TO THIS MATTER AS ALWAYS

GOD BLESS

RORY BRACKEN