UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT O[F] TEXAS
BROWNSVILLE DIVISION

/6

---------------------------------X

RORY BRACKEN
PETITIONER                       X        CIVIL ACTION

.VS.                             X        NO 00-CV-72

GARY L. JOHNSON                  X
DIRECTOR T.DCJ

                                 X

```
United States District Court
Southern District of Texas
        FILED
    JAN 1 2 2001
  Michael N. Milby
   Clerk of Court
```

NOTICE TO CLERK OF COURT

COMES NOW RORY BRACKEN AND RESPECTFULLY REQUEST THE CLERK OF THE COURT TO MAIL ALL DOCUMENTS AND ORDERS BY THE COURT OR CLERKS OFFICE TO THE FOLLOWING ADDRESS.

MR JOSEPH BRACKEN
2262 U.S. HIGHWAY 19
HOLIDAY FLORIDA 34691

RESPECTFULLY SUBMITTED
RORY BRACKE[N]
1/10/2001