19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR - 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RORY BRACKEN, § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-00-072 |
| GARY JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondents. § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, and the Respondent's Objections to the Magistrate's Report and Recommendation, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Petitioner Bracken's § 2254 Petition (Pleading No. 1) is hereby DENIED.

DONE in Brownsville, Texas this 1st day of March, 2001.

Hilda Tagle
United States District Judge

1